# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



ORIGINAL

JOHN R Aponte

**CV 16     3943**

Write the full name of each plaintiff.

(To be filled out by Clerk's Office)

-against-

Judge M. Mattae
D.A. Bhianna Latour/Coleagues
Det. Vincient Demarco
P.O. Michael Meawad

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

# COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes    ☒ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number *or full birth date*; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUL 21 2016  ★

BROOKLYN OFFICE

Rev. 5/6/16



## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other:   _Violated My Rights to a Fair Trial_

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_JOhN_          _B._          _Aponte_
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_Bar C 5411501435   NYSiD 08912983R_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Manhattan Detention Center (M.D.C.)_
Current Place of Detention

_125 white St_
Institutional Address

_New York_          _N.Y._          _10013_
County, City          State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary. *Not Sure*

**Defendant 1:**  Michael          Mattae

First Name          Last Name          Shield #

Judge

Current Job Title (or other identifying information)

26 Central

Current Work Address

Staten Island N.Y.          10301

County, City          State          Zip Code

**Defendant 2:**  Rhianna     latour

First Name          Last Name          Shield #

District Attorney

Current Job Title (or other identifying information)

130 Stuyesant Pl.

Current Work Address

Staten Island N.Y.          10301

County, City          State          Zip Code

**Defendant 3:**  Vincent     Demarco          7099

First Name          Last Name          Shield #

Detective

Current Job Title (or other identifying information)

122 Precient

Current Work Address

Staten Island N.Y.          10306

County, City          State          Zip Code

**Defendant 4:**  Michael     Meawad          ?

First Name          Last Name          Shield #

~~precient~~

Current Job Title (or other identifying information)

?

Current Work Address

?

County, City          State          Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: 26 Central    (Suprem Court

Date(s) of occurrence: From about 6/20/2016 to About 6/30/2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

My Constitutional Right to Justice and a Fare trial was Violated, My Girlfriend Juwana M. Brown who was Being called a victom in a police Brutality, D.V. Case was Denied the Right to speek in court From the First Day of my arrest and through the Two weeks of my trial her and my witness were told to leave the courtroom and I was told By Judge Matte that my witness were Not Alowed to testify in My Behalf Because they would Benifit me I also had evidence that I was told I couldnt put into evidence I was Denied vidio tape and police log Book Records to prove the police were lieing I'm also Being harrased with a court order Yock Down. Because the Judge (Mattae) Had prior Knowledge that the police had My girlfriend signa Domestic Incident Report when she had 3 Bottles of Georgy vodka when she signed it He knew Its illegal to hold someone on charges when there obtained illegaly through Drugs and Alchol

I told them I wanted my girl and my witnesses to testify he told me that it wus untimely he wus throwing them out on purpos so they couldnt testify. He also Had Knowledge that the police offioers involved in the case had complaints and lawsuits Against him For strangulation and that After he arrested me he wus Arrested For strangleing his wife But yet he still Refused to Dismiss the case and Harrased Me By Forcing a trial on me.

My girlFriend told the District Attorney Rhianna latour that she Dont wanna press charges on me she Dont want an order of protection on me that she Dont wanna make a statement or persue a case Against me the D.A. told us that there Forceing charges and an order of protection the District Attorney even sent two police officers to Staten Island university North in Intensive Care unit (I.C.U.) to threaten my girlfriend (Juwana M Brown) that If she didnt press charges, make a statement against me and sign an order of protection against me that they would have her arrested they even put Rhianna latour on Speakerphone

In which she proceided to threaten
My girl too this happened on the
Day of the Grand Jury Because
I called My girl early that Morning
and told her to go to the hospital
on the day of the grand Jury they
gave Me an Obstruction of Governmental
Administration Charge the ~~District~~ District
Attorney ~~Brian~~ Bhianna latour
had that charged Droped Because
My Girlfriend sent the Judge a
letter telling him that Bhianna
latour sent two police officers
to threaten her in the hospital
in I.C.U. while she was having
hart problems and that she
Made her problem worse I also
Beleive that the D.A. or one of Her Coleagues
tampered with the evidence Because
the D.A gave the Jury a Dark Red
tinted picture of My Face and throat
so you couldn't see the Bruses on
My throat they Also tampered
whith a rikers Island phone
Recording I asked her Baby what
Did you tell these people she said she
told them that she was Chasing
Me Around the table and and hit a

In which she proceided to threaten
My girl too this happened on the
Day of the Grand Jury Because
I Called my girl early that Morning
and told her to go to the hospital
on the day of the grand Jury they
gave Me an Obstruction of Governmental
Administration Charge the ~~DA~~ District
Attorney ~~Bhian~~ Bhianna latour
had that charged Droped Because
My Girlfriend sent the Judge a
letter telling him that Bhianna
latour sent two police officers
to threaten her in the hospital
in I.C.U. while she was having
hart problems and that she
Made her problem worse I also
Beleive that the D.A. orone of her coleagues
tampered with the evidence Because
the DA gave the Jury a Dark Red
Tinted picture of My Face and throat
So you couldn't see the Bruses on
My throat they Also tampered
whith a rikers Island phone
Recording I asked her Baby what
Did you tell these people she said she
told them that she was Chasing
Me Around the table and and hit a

Dinning room Chair and Fell over on It the D.A.s Recording was Me asking what she told these people and her say that I ~~gave~~ gave her a Dead leg and that I punched her in her leg I Beleive the D.A. Took ~~off~~ About 3 or 4 recordings and peiced them together as one she Also comited purJury For the police Department Because she knew that Mahmet kanbur and Kelly Gormley ~~were~~ where partners Its in her paperwork. But yet she lied to the Jury that Detec. Vincent Demarco and Kelly Gormley were partners, and that Mahmet Kanbur and Michael Meawad were partners. this is why I wusn't Alowed to have the police rollcall log Book For evidence Detective Vincent Demarco lied at the Grand Jury that his partner wus Kelly Gormley and gave a False testimony to the Grandury and P.O. Michael Meawad lied that Mahmet Kanbur wus his partner and also gave a False testimony at the Grand Jury And Commited purJury



**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Because OF this case I was Injured Because I wasn't in My Right state of Mind I didn't thing of getting exrays or anything But there are pictures of the Bruses on My throat From the police oFFicer strangleing Me

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I want them charged with False Imprisonment UNlaw Full Harrasment, Obstructing Governmental Administration punJury, Badgering the witness, tampering with evidence and any other charges that will Fit this case get the Rikers Recordings and the D.A Recording she used at my trial and send them to a lab to be Authenticated and pictures I want the Assult 3rd degree overturned and the order OF protection Removed and Im Asking For 60 Million dollars in damages

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7/7/2016
Dated

John R. Aponte
Plaintiff's Signature

John                 R.                 Aponte
First Name          Middle Initial          Last Name

MDC  125 White St
Prison Address

New York          N.Y.          10013
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  7/7/2016

ON august 9th 2015 I was DRUNK on three Bottles of VODKa, and went to the Hospital for a sore leg the cops was Called and they made me sign a Domestic INCident Report, when el was DRUNK on three Bottles of VODKa, what the Cops WRote was a LiE. august 10th two cops came to my House door, I told them not to come IN tHe male Officer pushed His way IN and started to Strangle and chock JoHN R. Aponte and He Had to deFENd Himself. I went to get my camera to take pictures of what was Happening, the Female officee Hit me in my Chest, FoR taKeing pictures and my camera was taken, they Had No Warrent. THey Day of the Grand Jury I was in the Hospital I.C.U. FoR chest Pains FRom the punch in the Chest. D,A ZHIanna Latour sent two officers to ny Hosptal Room to get me a Statement I told them I was not going to und they called Her on the phone and I spoke to Her I did not want to make a Statement And I did not want any order of Protection againts JoHn R. Aponte

NOTARY PUBLIC, STATE OF NEW YORK
Registration No...
Qualified in Richmond County
Commission Expires March 2, 2019

and once again I do not want a
order of protection againts John aponte
I will Fight this order of protection
I was Drunk when the cops Had me to
Sign that paper, The Officer came Back
to the House telling me He did not mean
For this to Hapen Please Drop
these Charges this is Because of
my Drinking


Juwana Brown

X _____


WING F. YUM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YU6320199
Qualified in Richmond County
Commission Expires March 2, 2019


5 | 16 | 90 16

JOHN APONTE BOOK and
CASE NUMBER IS 541-150-1435 (1)

Juwana-M-Brown Statement    TO: Judge
                                   Roony

TO WHOM It may CONCERN  ON August 9
2015 I WENT to tHE HOSPItaL FOR a
BRUSE ON my KNEE FROM ME an my
BOYFRiend HORSE Playing THREE OR
FOUR EARlYER WHEN I WENt INto
tHE AmBuLANCE. THE AmBulance
man askED me wHat HappENED
I Told HIm I Was cHasing my
BoyFRiEND JOHN, R. APONtE aRROund
THE DINNING Room TaBle LIKE WE
always DO and THat I HIt ONE
OF THE DINNING Room CHAIRS and
FELL OVER ON It and THE amBuLANce
man, SaId that SOunds ABusivE to
ME, and THat HE was GONNa Report
It as a DOmEstic VIOLANcE ISSue
EVEN THRouge I Told HIm It was
NOt, I camE out OF ExRay and There
was a BuncH OF cops witH THE amBu
lance man, I Told THE cops THE same
THing, THat I was HOBE playing witH
my BoyFRiend, JOHN APONtE chasEing
Him aRound THE DINNING Room TaBle and
THat I can uerer catcH Him and THat I
Hit THE cHair and FellOree and THat

②

my Boy Friend John aponte bid not Huet me, THE OFFicer asked me to sigua Paper, But I could not Read wHat THE am Bulance man Told THE m and wHat tH OFFicer WRotE Because I did not Have my glasses and I Got Bluery vision and cate R Rax, Because OF my DiaBetes and Kept Telling THE OFFicers, THat my man John aponte Did not Hit me
On August 10, 2016 I was WalKing out OF my Bed Room my Boy Friend John aponte Had tHE House Door open and HE asked me Baby bid you call tHE cops On me I said no wHy HE tHE police WERE at tHE Door Becausethey Hada Domestic violance Report and that my Boy Friend John aponte Wasut Being arrested But that He Was wanted For Questioning, By tHE Detectives at tHE 122 Precent I Respectedly Told Both oFFicers about Eight Times That my Boy Friend Did not assault me EVEN THougH I told THE womau and man OFFier about Eight Times THE male OFFicer Still PusHed His Way



OF my apartment and strangled my Boy Friend JOHN Aponte up against THE Wall Buy His THRoat Putting my Boy Friend in a liFE OR DeatH Situation causing Him to Hare to FigHt For His LiFE. THat's WHy HE struck THE OFFER, SO HE can Release Him Throat Knocking tHE Police Officce out cold that when about TEN Police Officers Run Into my apartment Wrestling around my Little Hallway Breaking one OF my Doors and putting my man on the Ground Putting there Hands Feet Knees on my man Head THOat, Back and tHE Rest OF His Body Holding Him Down they was Hand cuFFing, I Was Taking Pictures THat's when a Female OFFicer Hit me in my chest and Told me I could not NO Pictures THEN sHe stole my camera, and THey Took my BoyFriend away ON THE Day OF tHE Grand Sury my Boy Friend JOHN Aponte called me about Five oR Five Hirty in THe morning and I Told Hime Baby I'm

(4)

Having Really Bad cHest Pains
HE Told me Baby Go to tHE HospitaL
I was Told By tHE Doctors THat I
Was Having Heart papitations Because
oF all tHE stress THat THis case is
Putting on me even tHRougH I
Told PHIanna LaTouR THat tHere
was no asault SHE sent about Four
letters. THreating to Putme in Jail
Because I Do not Want an order oF
Protection or WRite a statment
against JOHn aponte He's THE
Victim. WHile I was in tHE Hospital
WitH Heart Problems PHIvann LaTouR
Sent Two PoLice oFFicers into my
Room in I.C.u IntEnsive care unit
to tHReaten me into Signing a statement
and an oRder oF PRo tection against
my Boy FRiend I Repeatedly Told
HER NO I will not So the called
PHIanna LaTouR on specken Phone
SHe Kept tHeating me Into making
Statment and Siquing an oRder oF
Protection causeing my Heart condition
to Get WORsa

⑤

I DO NOt Want to Sign an
ORDER OF Protection against JOHN
Aponte and Do Not Want to make
Statment against Him and THat
Police OFFicer Forced His Way
into my apartment and Strangled
my Boy Friend He Had No choice
But to Defend Himse F For His
LiFe

Sincerly yours
Juwana. M. Brown

JOHn Aponte is tHe victim
and I Want tHese charges Droped

Juwana. M. Brown

Justin L. Feinstein
ID = 01FE6324310



JUSTIN L FEINSTEIN
MY COMMISSION EXPIRES
RICHMOND COUNTY, NEW...
MAY
04
20__
NOTARY PUBLIC

Hiding the Fact that Kelly gromley
was his partner for the day Not
Meawad on the Bottom It said
Meawad came with sargent Demarco
went to deal
at some PM in the Afternoon
Because Demarco and Meawad were partners

[heavily redacted lines]

5/15/13   285   557 813
34 dam   16 39650
13 34 1477125
III. 82C from Reuter
on top
III. 1 male leg to 120 A1a -
120-57
4731. 72 @ H4/8n1 C55,145
17)0 519 51c
1390 C3i a Kewst
Monday   8/10/15   o 725 x 170 c
Assig 122 2c+
2225 2253
yellow   12/15/15   Sgt Dimattou
JJM   1300 mees   Po meeoot
9378 C/W/N/A. N/N/ID 4
Veh 7 7066.   3/4 fw
JPW- S7 4go   N/D Dou/Reccoud
Sect M/V Tsou4 4o Man
1/1/15   816 127732   P4 744

2015cca5320

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF RICHMOND

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

**FELONY**

1. JOHN APONTE (M 44)

-defendant(s)-

**2015R1005840**

STATE OF NEW YORK )
 ) ss.:
COUNTY OF RICHMOND )

*Who isth only witness an the only one on the Arrest Report Because shes*

Police Officer Kelly Gormely, shield # 6844 of the 122, deposes and says as follows  *K9N1x2r*

On the dates and times listed below, inside of 30 Ebbitts Street, Apt. 2S, in the County of Richmond, State of New York, the defendant committed the offenses of:

*Partner If there were any other Police officers there, ther Names and sheild # would Be up there*

1. P.L. 120.05(3)*   Assault 2nd degree
   (defendant #1, 1 count(s))
2. P.L. 120.00(1)   Assault 3rd degree
   (defendant #1, 1 count(s))
3. P.L. 205.30   Resisting Arrest
   (defendant #1, 1 count(s))
4. P.L. 195.05   Obstructing Governmental Administration 2nd degree
   (defendant #1, 1 count(s))

in that the defendant(s) did:  with intent to prevent a peace officer, a police officer, registered nurse, licensed practical nurse, sanitation enforcement agent, a firefighter, including a firefighter acting as a paramedic or emergency medical technician administering first aid in the course of performance of duty as such firefighter, an emergency medical service paramedic or emergency medical service technician, or medical or related personnel in a hospital emergency department, a city marshal, a traffic enforcement officer or traffic enforcement agent, from performing a lawful duty, by means including releasing or failing to control an animal under circumstances evincing the actor's intent that the animal obstruct the lawful activity of such peace officer, police officer, registered nurse, licensed practical nurse, sanitation enforcement agent, firefighter, paramedic, technician, city marshal, traffic enforcement officer or traffic enforcement agent, he or she causes physical injury to such peace officer, police officer, registered nurse, licensed practical nurse, sanitation enforcement agent, firefighter, paramedic, technician or medical related personnel in a hospital emergency department, city marshal, traffic enforcement officer or traffic enforcement agent; intentionally cause physical injury; intentionally prevent or attempt to prevent a peace officer or police officer from effecting an authorized arrest of himself or another person; and intentionally obstruct, impair or pervert the

*My girl wrote a Letter to the Judge and told him abou this ↓*

*this charge wus taken off Because the D.A. nianna latour send two police officers to threaten my lirl in Intencive care unit (Icu.) That if she don't press charges write a statement or put an order of protection again me that she would arrest her witch is Badgering the witness*

Moizzes
Sister
Tosha
718-447-5038

administration of law or other governmental function or prevent or attempted to prevent a public servant from performing an official function, by means of intimidation, physical force or interference, or by means of an independently unlawful act, or by means of interfering, whether or not physical force was involved, with radio, telephone, television or other telecommunications sustains owned or operated by the state, or a county, city, town, village, fire district or emergency medical service or by means of releasing a dangerous animal under circumstances evincing the actor's intent that the animal obstruct governmental administration.

The offenses were committed under the following circumstances:

Deponent states that the defendant, with intent to prevent a police officer from performing his lawful duty, intentionally caused a police officer physical injury in that the deponent observed the defendant strike POLICE OFFICER MEHMET KANBUR about the left side of his face with a closed fist. Deponent is informed by Police Officer Kanbur that the defendant's actions caused him injuries including but not limited to substantial pain and redness to the left side of his face.

Deponent states that the defendant resisted arrest and attempted to prevent a police officer from performing an official function by means of physical force in that at the above time and place he flailed his arms and refused to place his arms behind his back, despite repeated instructions by the deponent to do so.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law.

Sworn to before me on August 10, 2015

_____                    _____
                                                          Deponent

**Page 2 of the NYS Domestic Incident Report:**
## STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Last Name (Last, First, M.I.) — Aponte, John Richard

I, Juana Brown (victim/deponent name), state that on 8/9/15 (date) at 23:00
(nombre de victima/deponente), declaro que en tal fecha

~~First Bullshit story~~

(location of incident), in the County/City/Town/Village of _____ of the state of New York, the following did occur:
(se el incidente ocurrio), en el condado/ciudad/aldea/pueblo de _____ del estado de Nueva York, lo siguiente ocurrio:

I WOKE tHIS MORNing And HE Start Beating Me in My Leg About (30 x) Causing a lot of pain in My Right Leg I Want HIM Arrested

[Large diagonal overlaid handwriting:]
Juana Never wrote this Statement or said this statement Because the got Bloodd from us the nose was playing half Blind and the officer lied to her and said if you don't want an order protection Sign this paper then he put this had a the statement See what she could wrote See what she will

(Use additional pages as needed)

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

Juana Brown — Victim/Deponent Signature — Date/Fecha 8/9/15

Interpreter — Date

Witness or Officer — Date 8/9/15

**Note:** Whether or not this form is signed, this DIR form will be filed with law enforcement.

**Nota:** Si esta forma esta firmada, o no, esta DIR forma ser registrada con la policia.

CR COPY (Please make a copy for your DA's office if appropriate)  NYS DOMESTIC VIOLENCE HOTLINE: ENGLISH 1-800-942-6906  SPANISH 1-800-942-6908  3221-42 2011 DCJS Copyright 2011 by NYS DCJS

She was Drunk when she singed this paper witch is Illegal and a cop wRote that Statement Because My girl would Never put 30 x she would Right 30 times

*Kelly Gormley and Mahmet Kanbur where partners It's even on one of the first peices of paper the D.A. Rhianna latour gave me thats why I wasn't alowed to have Police Rolecall Log Book Dect vincent Demarco and Michael Meawad were partners Bullshit*

D.   ~~Facts:~~   *Lies*

*Memet Kanbar*

On August 9, 2015, at approximately 8:00 am, inside of 30 Ebbitts Street, Apt. 2S, the complainant, Juwana Brown, awoke to the defendant punching her multiple times about the leg, causing injury including bruising to the leg. She called 911 for an ambulance and reported the assault to police inside of Staten Island University Hospital North.

On August 10, 2015, Det. Vincent Demarco and PO Kelly Gormley conducted a home visit at approximately 10:15 am at 30 Ebbitts St., Apt. 2S to follow up on the complaint made for the above assault. The defendant answered the door and became disruptive. PO Mahmet Kanbur and PO Michael Meawad responded to the location in response to a call for additional units. When PO Kanbur stepped inside the apartment to separate the complainant from the defendant, the defendant punched PO Kanbur in the side of the head multiple times, dazing PO Kanbur. When PO Meawad stepped in to effectuate the arrest of the defendant for assaulting PO Kanbur, the defendant grabbed PO Meawad by the arm, and dragged him to the ground, causing PO Meawad to sprain his wrist. The defendant continued to resist arrest by struggling with the police officers and refusing to surrender his arms to be handcuffed. Both PO Kanbur and PO Meawad were treated at SIUH-N.

*Meakd came with vincen Demart*

II.   **NOTICES**   *↑Lies that Never Happened*

A.   **Statements**

X   If checked, notice is hereby served, pursuant to C.P.L. § 710.30(1)(a), that the People intend to offer at trial evidence of a statement made by defendant to a public servant.

X Oral   ☐ Written   *Memet Kanbar*

Statement #: 1

To Whom: PO Kelly Gormley and Det. Vincent Demarco
Date: August 10, 2015

*Never Came Together*

Location: 30 Ebbitts St., Apt. 2S
Substance of Statement: My girl was drunk. She had a knife. I bashed her leg to get her to drop the knife.

☐ This notice is not applicable in this case.

X   If checked, notice is hereby served, pursuant to C.P.L. § 710.30(1)(a), that the People intend to offer at trial evidence of a statement made by defendant to a public servant.

*On the Bottom of the police memo pad I sez that Detactiv vincent Demarco went on Meal Break with his Partner Meawad (Meathead) a 1300  1PM*